IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KENDALL WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and FBI AGENT BRANDON WATTERS,<br><br>Defendants. | CV 17-00025-BLG-SPW-TJC<br><br>FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On March 24, 2017, this Court issued an Order requiring Plaintiff Kendall Williams to provide a current address to the Court as no address was given when the action was filed. (Doc. 3.) Mr. Williams was specifically advised that this matter would be recommended for dismissal pursuant to Local Rule 5.2, if Mr. Williams did not provide a current address for service within 60 days.

Mr. Williams did not do so.

ACCORDINGLY, IT IS HEREBY RECOMMENDED that this matter be DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 5.2.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS &
RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

Mr. Williams may file objections to these Findings and Recommendations

within fourteen (14) days after service (mailing) hereof.[1] 28 U.S.C. § 636. Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this the 13th day of June, 2017.

/s/ Timothy J. Cavan
Timothy J. Cavan
United States Magistrate Judge

---

[1] As this deadline allows a party to act after the Findings and Recommendations is "served," it falls under Fed.R.Civ.P. 6(d). Therefore, three (3) days are added after the period would otherwise expire.