IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 29 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| KENDALL WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and FBI AGENT BRANDON WATTERS,<br><br>Defendants. | CV 17-25-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendation filed on June 13, 2017. (Doc. 4). Judge Cavan recommends that this Court dismiss this matter without prejudice pursuant to Local Rule 5.2.

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Cavan's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews Judge Cavan's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendation for disposition of this matter entered by United States Magistrate Judge Cavan (Doc. 4) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that this matter is dismissed without prejudice.

The Clerk of Court is directed to close this matter.

DATED this 29th day of June, 2017.

SUSAN P. WATTERS
United States District Judge

2